WHI-DYE, INC., Respondent, *v.* COMMISSIONERS OF STATE
INSURANCE FUND, Appellants.

Argued October 13, 1941; decided November 19, 1941.

*Harry Schechter, William H. Stieglitz* and *William F. O'Rourke* for appellants.

*David N. Aberman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.